UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 07-cr-00022-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAN GROENEWALD SWART, d/b/a Trophy Hunting Safaris,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Tuesday, March 20, 2007,** and responses to these motions shall be filed by **Friday, March 30, 2007.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, April 13, 2007, at 3:00 p.m., in courtroom A-1002.**  It is

    FURTHER ORDERED that a 5-day jury trial is set for **Monday, April 23, 2007, at 9:00 a.m., in courtroom A-1002.**

Dated: February 26, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge