UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00022-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAN GROENEWALD SWART, d/b/a Trophy Hunting Safaris,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on Defendant's Motion for Reduction of Sentence Pursuant to District of Colorado Rule 35 (filed December 4, 2007). The motion seeks a reduction of Defendant's sentence in this case to such term and length as the Court deems appropriate. The Government filed a response in opposition to the motion on December 21, 2007. For the reasons stated below, Defendant's motion is denied.

    I first note that the motion is grounded in "District of Colorado Rule 35." As there is no such rule, I will assume that the motion is based on FED. R. CRIM. P. 35. That rule allows the Court to reduce a sentence to correct clear error or, upon the Government's motion made more than one year after sentencing, to reduce a sentence based on the defendant's substantial assistance. Neither of these situations is present in this case.

    Further, a district court does not have inherent authority to modify a previously imposed sentence; it may do so only pursuant to statutory authorization. *United States*

*v. Mendoza*, 118 F.3d 707, 709 (10th Cir. 1997) (citing *United States v. Blackwell*, 81 F.3d 945, 947-49 (10th Cir. 1996) (applying 18 U.S.C. 3582(c)). 18 U.S.C. § 3582(c) provides three (3) limited jurisdictional grants under which a court may "modify a term of imprisonment once it has been imposed:" (1) in certain circumstances "upon Motion of the Director of the Bureau of Prisons;" (2) "to the extent otherwise expressly permitted by statute or by Rule 35;" or (3), in cases where the applicable sentencing range "has substantially been lowered by the Sentencing Commission." None of these grounds is present in this case either, nor does the Defendant assert their presence. Indeed, he cites no statutory or case authority in support of his motion. Accordingly, the Court lacks jurisdiction to reduce or modify Defendant's sentence at this time. *United States v. Green*, 405 F.3d 1180, 1188 (10th Cir. 2005).

Based on the foregoing, it is

ORDERED that Defendant's Motion for Reduction of Sentence Pursuant to District of Colorado Rule 35 (filed December 4, 2007) is **DENIED**.

Dated: January 8, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge