UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00022-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAN GROENEWALD SWART, d/b/a Trophy Hunting Safaris,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's "Motion to Compile" filed March 28, 2008. Defendant asserts in the motion that he believed his sentence would be reduced based on his cooperation with the Government. He further asserts that he has not refused to cooperate, yet his sentence has not been reduced. Further, he asserts that the physical safety of his family is in jeopardy. For the reasons stated below, Defendant's "Motion to Compile" is denied.

Reduction of a sentence is governed by Rule 35 of the Federal Rules of Criminal Procedure. Rule 35 provides for a reduction of a cooperating Defendant's sentence for providing substantial assistance which did not become useful to the government until more than one year after sentencing. FED. R. CRIM. P. 35(b)(2)(B). In the case at hand, the Government asserts in response to Defendant's motion that Defendant's assistance has not yet been either useful or necessary, and the request for reduction is premature. In other words, the Government contends that the requirements for a reduction of the

sentence based on substantial assistance have not yet been met. Therefore, I find that Defendant's motion must be denied as premature.

Based upon the foregoing, it is

ORDERED that Defendant's "Motion to Compile" (Doc. # 53) is **DENIED**

Dated: August 5, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge