UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00022-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAN GROENEWALD SWART, d/b/a Trophy Hunting Safaris,

    Defendant.

___

**ORDER**
___

    THIS MATTER is before the Court on the Government's Motion to Release Passport for Jan Groenewald Swart (doc. #57) (filed January 8, 2009). I have considered the motion and find good cause for the granting of the motion. I further note that the motion is unopposed by defense counsel, as the motion will expedite Mr. Swart's deportation to South Africa. Accordingly, it is

    ORDERS that the Government's Motion to Release Passport is **GRANTED**. The Passport for Jan Groenewald Swart, which was surrendered to the Court on March 12, 2007 (Document 18) shall be released to federal law enforcement officers so that it may returned to Mr. Swart at the ICE detention facility.

    Dated: January 14, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge